**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01097-LTB-KMT

JUSTIN STEPHENS,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington limited liability company,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 15 - filed August 8, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                     s/Lewis T. Babcock
                                                   Lewis T. Babcock, Judge

DATED:   August 9, 2011